**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>       Defendants. | **Case No. 1:25-cv-14513-MFK-MV**<br><br>**Honorable Matthew F. Kennelly**<br><br>**Magistrate Maria Valdez** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THE DEFENDANTS

Plaintiff Hong Kong Leyuzhen Technology Co. Ltd. ("Plaintiff") hereby moves for entry of Default Judgment against the remaining Defendants in the case: Defendant 4 Yiwu Wenshuo Import And Export Co., Ltd; and Defendant 6 Xingcheng Haidi Garment Co., Ltd. All other Defendants have been dismissed in this action. ("Defendants"). Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for entry of Default Judgment disposes of the case.

MOTION FOR ENTRY OF DEFAULT JUDGMENT         Case No. 1:25-cv-14513-MFK-MV

DATED: February 24, 2026                    Respectfully submitted,


                                            By: */s/ Katherine M. Kuhn*
                                            Katherine M. Kuhn (Bar No. 6331405)
                                            Joseph W. Droter (Bar No. 6329630)
                                            **BAYRAMOGLU LAW OFFICES LLC**
                                            233 S Wacker Drive, 44th Floor, #57
                                            Chicago IL 60606
                                            Tel: (702) 462-5973 | Fax: (702) 553-3404
                                            Katherine@bayramoglu-legal.com
                                            Joseph@bayramoglu-legal.com
                                            *Attorneys for Plaintiff*

MOTION FOR ENTRY OF DEFAULT JUDGMENT                    Case No. 1:25-cv-14513-MFK-MV

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. Notice of this filing is provided to unrepresented parties for whom contact information is listed below and has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and a link to said website in the email provided by third-party, Alibaba.

Respectfully submitted,

By: */s/ Katherine M. Kuhn*
Katherine M. Kuhn (Bar No. 6331405)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S Wacker Drive, 44th Floor, #57
Chicago IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
Katherine@bayramoglu-legal.com
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

| Defendant No. | Seller's Name | Seller's Email Address |
|---|---|---|
| 4 | Yiwu Wenshuo Import And Export Co., Ltd. | stevenliang@wenshuo.net.cn |
| 6 | Xingcheng Haidi Garment Co., Ltd. | lyp@xcshdzy.com |

3

MOTION FOR ENTRY OF DEFAULT JUDGMENT                    Case No. 1:25-cv-14513-MFK-MV