**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>  Defendants. | **Case No.: 25-cv-14513-MFK-MV**<br><br>**Honorable Matthew F. Kennelly**<br><br>**Magistrate Maria Valdez** |

**DECLARATION OF KATHERINE M. KUHN IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

I, Katherine M. Kuhn, of the City of Chicago, in the State of Illinois, declare as follows:

1.      Except as otherwise expressly stated to the contrary, this declaration is based upon my personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the statements made herein.

2.      I make this declaration in support of Plaintiff's Motion for Default and Default Judgment against the remaining Defendants in the case: Defendant 4 Yiwu Wenshuo Import And Export Co., Ltd; and Defendant 6 Xingcheng Haidi Garment Co., Ltd. (the "Defaulting Defendants" or "Defendants").

3.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.  I am one of the attorneys for Plaintiff Hong Kong Leyuzhen Technology Co. Ltd. ("Plaintiff"). I make this declaration from matters within my own knowledge unless stated otherwise.

1

4.      I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within twenty-one (21) days after being served with the Summons and Complaint in this action in violation of Federal Rule of Civil Procedure 12(a)(1)(A). Specifically, Defendants were served with copies of the Summons and Complaint via electronic service authorized by the Court [19,20] on January 30, 2026, which is reflected in the Return of Summons filed in this case [28]. To date, Defaulting Defendants have not answered or otherwise responded to Plaintiff's Complaint in this action.

5.      Plaintiff's asserted claims for relief in this action involve the intentional, willful infringement of the following federally registered copyright protected images: VA0002379930 and VA0002382270 (the "Copyright Protected Images").

6.      As alleged in the  Complaint, the Defaulting Defendants have displayed, without authorization, the Copyright Protected Images on Alibaba's online sales platform (the "Platform") to market and sell competing products using Plaintiff's authentic Rotita brand Copyrighted photographs through their online stores (the "Online Stores"), thereby deceiving public consumers as to the quality, nature, and source of goods being purchased.

7.      I have reviewed the data provided by Alibaba.  Attached as **Exhibit 1** to this Declaration, email address, copyright infringed on, Statutory Damages Request, and enhanced damages request for willful infringement. First, the Defaulting Defendants were provided with notice of these proceedings and, apparently, intentionally elected not to appear and defend this action. As a result of the Defaulting Defendants' intentional decision not to appear and defend this action, Plaintiff has been deprived of a meaningful opportunity to assess the true nature of its actual damages. This uncertainty supports Plaintiff's requested statutory damages against the Defaulting Defendants.

DECLARATION OF K. KUHN IN SUPPORT OF                    Case No. 1:25-cv-14513-MFK-MV
MOTION FOR DEFAULT JUDGMENT

8.      In addition, Defendants in multiple copyright enforcement actions in this judicial district, which includes the Defaulting Defendants, actively monitor and post information on Plaintiff's pending cases on the website www.SellerDefense.cn. This has apparently been done to advise Defendants in all pending actions of Plaintiff's successful prosecution of its claims, and the viability of appearing and asserting potential defenses. These circumstances reveal an overall strategy by all non-appearing Defendants, including the Defaulting Defendants, to simply cut their losses where Plaintiff has a high likelihood of success, abandon any online platform, and bask in the security that any judgment issued against them will almost certainly not be collectable in the Republic of China. Simply put, the Defaulting Defendants are watching the results of Plaintiff's copyright infringement enforcement actions in this judicial district.

9.      To maximize the deterrent effect of the Court's anticipated default and default judgment, Plaintiff is asking that enhanced statutory damages be imposed on the Defaulting Defendants for each alleged infringement of the Copyright Protected Images.

10.     Such an award precludes the Defaulting Defendants from shielding themselves from monetary responsibility for the collective infringement of common Copyright Protected Images. *Desire, LLC v. Manna Textiles, Inc.,* 986 F.3d 1253, 1264-1272 (9th Cir. 2021). Rather, Plaintiff expressly requests that the Defaulting Defendants, be assessed an enhanced statutory damage award as described in **Exhibit 1** to this Declaration for their infringement of the Copyright Protected Images.

11.     Plaintiff has alleged, and has offered proof, that the Defaulting Defendants have engaged in the infringement of the Copyright Protected Images. Moreover, the basic nature of the copyright infringement scheme employed demonstrates that the Defaulting Defendants not only knew of the impropriety of their conduct but had to implement their scheme through sophisticated

DECLARATION OF K. KUHN IN SUPPORT OF                    Case No. 1:25-cv-14513-MFK-MV
MOTION FOR DEFAULT JUDGMENT

sources and established supply chains. This is the only possible scenario under which the Defaulting Defendants could immediately procure, without authorization, Plaintiff's copyright protected product images and offer them for sale through their online stores.

12.     The presented facts not only establish the Defaulting Defendants' knowledge and intentional infringement of Plaintiff's Copyright Protected Images. Accordingly, Plaintiff should be awarded statutory damages, as described in Exhibit 1 to this Declaration, with enhancement against Defaulted Defendants based on their willful infringement of the Copyright Protected Images.

13.     My office, with assistance from our client and those assisting our client, investigated the infringing activities of the Defaulting Defendants, including attempting to identify their contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in Asia. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 24, 2026                    Respectfully submitted,


By: */s/ Katherine M. Kuhn*
Katherine M. Kuhn (Bar No. 6331405)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S Wacker Drive, 44th Floor, #57
Chicago IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
Katherine@bayramoglu-legal.com
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2026, I electronically filed the foregoing using the electronic case filing system. Notice of this filing is provided to unrepresented parties for whom contact information is listed below and provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and a link to said website in the email provided by third-party, Alibaba.

Respectfully submitted,

By: */s/ Katherine M. Kuhn*
Katherine M. Kuhn (Bar No. 6331405)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S Wacker Drive, 44th Floor, #57
Chicago IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
Katherine@bayramoglu-legal.com
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

| Defendant No. | Seller's Name | Seller's Email Address |
|---|---|---|
| 4 | Yiwu Wenshuo Import And Export Co., Ltd. | stevenliang@wenshuo.net.cn |
| 6 | Xingcheng Haidi Garment Co., Ltd. | lyp@xcshdzy.com |

5

DECLARATION OF K. KUHN IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT

Case No. 1:25-cv-14513-MFK-MV