# Exhibit 1

Defaulted Defendants 1:25-cv-14513-MFK-MV

| Def No. | Defendant Name | Email Address | Copyright Infringed | Statutory Amount Requested | Enhanced for Willful Infringement Request |
|---|---|---|---|---|---|
| 4 | Yiwu Wenshuo Import And Export Co., Ltd. | stevenliang@wenshuo.net.cn | VA0002379930 | 5,000 | 15,000 |
| 6 | Xingcheng Haidi Garment Co., Ltd. | lyp@xcshdzy.com | VA0002382270 | 5,000 | 15,000 |
| | | | **TOTAL:** | | **$30,000** |